## MEMORANDUM DECISION

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



FILED

Aug 01 2018, 10:03 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEY FOR APPELLANT

Darren Bedwell
Marion County Public Defender
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE

Curtis T. Hill, Jr.
Attorney General of Indiana

Chandra K. Hein
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

James Parrott,

*Appellant-Defendant,*

v.

State of Indiana,

*Appellee-Plaintiff*

August 1, 2018

Court of Appeals Case No.
49A02-1712-CR-2761

Appeal from the Marion Superior Court

The Honorable Jose D. Salinas, Judge

Trial Court Cause No.
49G14-1511-F6-40302

**Baker, Judge.**

On November 6, 2017, the trial court found Parrott guilty of multiple offenses, including Class B misdemeanor possession of marijuana. The same day, the trial court sentenced Parrott. The sentencing order classifies Parrott's possession of marijuana conviction as a Class A misdemeanor. The State concedes on appeal that the sentencing order is erroneous due to an apparent scrivener's error. We therefore remand with instructions to correct the sentencing order to reflect that Parrott's possession of marijuana conviction is a Class B, rather than a Class A, misdemeanor.

The judgment of the trial court is remanded with instructions to correct the sentencing order.

May, J., and Robb, J., concur.